# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID G. PRICE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-09-409-R |
| | ) |
| H. A. LEDEZMA, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Doyle W. Argo [Doc. No. 10] and Petitioner's motion for voluntary dismissal of his petition. Doc. No. 11. The effect of Petitioner's motion is that he does not object to but agrees with the Magistrate Judge's recommended dismissal of this case. Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED and Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of May, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE